FILED BY _____ D.C.

05 JUN -7 PM 5: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 05-2410- B  V |
| | ) | |
| LARRY A. BULLOCK, | ) | |
| | ) | |
| Respondent | ) | |

## ORDER

Upon the filing of a Petitioner to Enforce an Internal Revenue Service Summons, IT IS ORDERED that a hearing on the Petition is set for __1:30__ p.m. on __7/18/05__, 2005, in Courtroom No. __1__, on the __11th__ Floor of the Clifford Davis Federal Building, 167 N. Main Street, Memphis, Tennessee, 38103. At the hearing the Court will consider whether it should order enforcement of the administrative summons of the Internal Revenue Service. If the Respondent opposes judicial enforcement of the summons, he may appear at such hearing and present to the Court any cause why the summons should not be so enforced.

IT IS FURTHER

ORDERED that a copy of this order, together with the petition and supporting exhibits be served on the Respondent at least thirty (30) days prior to the date assigned for the hearing.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-8-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02410 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT