UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 05-2410 BV |
| ) | |
| LARRY A. BULLOCK, ) | |
| ) | |
| Respondent ) | |

## ORDER DISMISSING CASE

Upon the Motion to Dismiss of the United States and for good cause shown, IT IS THEREFORE

ORDERED that the Petition to Enforce IRS Summons be and is hereby dismissed.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATED: June 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02410 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT