UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 30 PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Petitioner                        ) | |
| ) | |
| v.                                ) | Case No. 05-2410 BV |
| ) | |
| LARRY BULLOCK,                    ) | |
| ) | |
| Respondent                        ) | |

### ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Upon motion of the United States to dismiss the Petition to Enforce IRS Summons and for good cause shown, IT IS THEREFORE

ORDERED that the Petition to Enforce IRS Summons be and is hereby dismissed.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATED: 6/30/05

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02410 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT